# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA FULLER, on behalf of herself and others similarly situated, | Civil Action No. 15-cv-03856-KM-MAH |
| *Plaintiff*, | CLASS ACTION |
| v. | Hon. Kevin McNulty<br>District Judge |
| AVIS BUDGET CAR RENTAL, LLC and AVIS BUDGET GROUP, INC., | Hon. Michael A. Hammer<br>Magistrate Judge |
| *Defendants*. | Motion Date: November 17, 2017 |

## MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Plaintiff Angela Fuller hereby moves this Court for an award of attorneys' fees and reimbursement of expenses pursuant to the settlement of this matter. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**
James A. Francis
John Soumilas
Lauren KW Brennan
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110
T: 215-735-8600

Micah S. Adkins (*pro hac vice*)
**THE ADKINS FIRM, P.C.**
Mooreland Manor
7100 Executive Center Drive, Suite 110
Brentwood, TN 37027
T: 615-370-9659

Robert S. Sola (*pro hac vice*)
**ROBERT S. SOLA, P.C.**
1500 SW First Avenue
Suite 800
Portland OR 97201
T: 503-295-6880

*Attorneys for Plaintiffs and the class*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Cases Files system. A copy of the foregoing has been served on counsel of record via a Notice of Electronic Filing generated by the ECF system.

DATED:     November 17, 2017          */s/ John Soumilas*
                                       John Soumilas