UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

**Judge:** Kevin McNulty                                                                 November 28, 2017
                                                                                                                    Date

**Court Reporter:** Mollie Ann Giordano

**Deputy Clerk:** Nitza Creegan


**Title of Case:**                                                                       Docket # Civ. 15-3856 (KM)
ANGELA FULLER
*on behalf of herself and all other similarly situated*

            v.

AVIS BUDGET CAR RENTAL, LLC et al


**Appearances:**
John Soumilas, Esq. for Plaintiff Angela Fuller *on behalf of herself and all other similarly situated*
William J. Simmons, Esq. for Defendants

**Nature of Proceedings:**
Hearing on [47] Motion for Final Approval of Class Action Settlement by Plaintiffs.
Ordered [47] motion granted.

Hearing on [48] Motion for Attorney Fees and Reimbursement of Expenses by Plaintiffs
Decision reserved on [48] motion pending supplemental submission due within two weeks.

**Time Commenced:  10:00**
**Time Adjourned:    11:00**
**Total Time:  1 Hour**


                                                                                                    Nitza Creegan
                                                                                                    **Deputy Clerk**