# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY



**KEVIN MCNULTY**
**United States District Judge**

U.S. Post Office & Courthouse
Frank R. Lautenberg Building
2 Federal Square, Room 443
Newark, NJ 07102
(973) 645-3493

November 30, 2017

**MEMO TO COUNSEL**

TO: COUNSEL OF RECORD

RE: Angela Fuller v. Avis Budget Car Rental, LLC, et al
Civil Action No. 2:15cv-3856 (KM)

Plaintiff's counsel is requested to file a letter within 7 days elaborating on the calculations in the motion for costs and attorneys' fees, answering the following questions:

1. Please reveal the figures that went into the calculation of the overall settlement value of $2,699,440.

2. Please state whether the "lodestar" figure to which the multiplier of 2.46 was applied includes costs of $17,482.52.*

---

* Time charges = $344,575; $344,575 + $17,482.52 = $362,057.52; $362,057.52 x 2.46 = $890,661.49, the amount claimed.

*s/ Kevin McNulty*

KEVIN MCNULTY
U.S. District Judge